IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| DAVID W. LOCKE | BANKRUPTCY NO. 17-13704(JKF) |
| Debtor | |
| CHRISTINE C. SHUBERT, Chapter 7 Trustee for the Estate of David W. Locke | |
| Plaintiff | |
| v. | ADVERSARY NO. 17-376(JKF) |
| KIM M. KRANYECZ | |
| Defendant | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire hereby certify that on the 22nd day of December, 2017 I caused to be served a true and accurate copy of the Summons and Complaint of Christine C. Shubert, Chapter 7 Trustee, to Avoid and Recover Preferential Transfer pursuant to 11 U.S.C. §§ 547 and 550 upon the parties on the attached list in the manner indicated thereon.

          MASCHMEYER KARALIS P.C.

          By: /s/ Robert W. Seitzer
               ROBERT W. SEITZER
               1900 Spruce Street
               Philadelphia, PA 19103
               (215) 546-4500
               rseitzer@cmklaw.com
               Attorneys for the Plaintiff/Trustee

Dated: December 22, 2017

**VIA E-MAIL**

Christine C. Shubert, Esquire
10 Teaberry Drive
Medford, NJ 08055

**VIA U.S. FIRST CLASS MAIL**

Ms. Kim M. Kranyecz
404 Cannon Court
Wayne, PA 19087